# Court of Appeals
# of the State of Georgia

ATLANTA,  January 02, 2026

*The Court of Appeals hereby passes the following order:*

## A26E0120. SAMUEL F. COOPER v. MCCALLA RAYMER LIEBERT PIERCE LLC.

On December 31, 2025, Samuel F. Cooper filed a motion pursuant to Rule 40 (b), seeking an order from this Court granting supersedeas. The motion is hereby DENIED.



*Court of Appeals of the State of Georgia*
   *Clerk's Office, Atlanta,*  01/02/2026

   *I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*

   *Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____, *Clerk.*